UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RUBIN and DEBORAH RUBIN,

    Plaintiffs,

  v.

KIRKLAND CHRYSLER-JEEP, INC.,

    Defendant.

CASE NO. C05-0052C

ORDER

    This matter comes before the Court on Plaintiffs' motion to compel Defendant's production of materials responsive to Request for Production 27, which is noted for consideration on January 13, 2006. (Dkt. No. 50.) The Court considers Defendant's failure to respond an admission that Plaintiffs' motion has merit, per CR 7(b)(2).

    Accordingly, the Court GRANTS Plaintiffs' motion, and ORDERS Defendant to produce within five court days of the date of this Order all non-privileged materials responsive to Request for Production 27, including all bank contracts made or issued from June 16 to September 8, 2003.

    SO ORDERED this 17th day of January, 2006.

                                                                       UNITED STATES DISTRICT JUDGE

ORDER – 1